PER 18 U.S.C. 3170

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ INFORMATION  ☑ INDICTMENT

Matter Sealed: ☐ Juvenile  ☐ Other than Juvenile
☐ Pre-Indictment Plea  ☐ Superseding  ☐ Defendant Added
☐ Indictment  ☐ Charges/Counts Added
☐ Information

Name of District Court, and/or Judge/Magistrate Location (City)
UNITED STATES DISTRICT COURT  Las Vegas
DISTRICT OF NEVADA  Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: Pamela Mrenak
☐ U.S. Atty  ☐ Other U.S. Agency
Phone No. (702) 388-6336

Name of Asst. U.S. Attorney (if assigned): GREGG DAMM

PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
IRS - JULIE BOMSTAD

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAG. JUDGE CASE NO.
2:12-mj-441-PAL

Place of offense _____ County _____

CASE NO. 2:13-cr 039

USA vs.
Defendant: RAMON DESAGE

Address: aka, Ramon Abi-Rached
aka Raymond Antone Abi-Rached

☐ Interpreter Required   Dialect: _____

Birth Date _____    ☐ Male  ☐ Alien
                       ☐ Female  (If applicable)

Social Security Number _____

**FILED**
JAN 29 2013
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF NEVADA
BY _____ DEPUTY

DEFENDANT

Issue: ☐ Warrant  ☑ Summons

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____

☐ Currently in Federal Custody
☐ Currently in State Custody
  ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): Rick Wright
☐ FPD  ☐ CJA  ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts 4

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | 18/1343 | Wire Fraud | 1-4 |
| | | | |
| | | | |
| | | | |