RICHARD A. WRIGHT, ESQ.
WRIGHT STANISH & WINCKLER
Nevada Bar No. 0886
300 South Fourth Street Ste. 701
Las Vegas, NV 89101
Attorneys for DEFENDANT

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RAMON DESAGE,

    Defendant.

CASE NO. 2:13-cr-00039-JAD-VCF

**EMERGENCY UNOPPOSED
MOTION FOR MODIFICATION OF CONDITIONS OF RELEASE
ALLOWING TRAVEL**

    DEFENDANT RAMONE DESAGE, by and through his counsel, Richard A. Wright, Esq., moves this Honorable Court to modify the conditions of his release as to allow Defendant Ramone Desage to travel to Hurricane, Utah to return his son on December 26, 27 or 28, 2013.

    Mr. Desage's 12-year old son, Patrick, resides in a youth residential treatment center, Diamond Ranch Academy, in Hurricane, Utah. Patrick arrived in Las Vegas on December 20, 2013 to spend Christmas with Mr. Desage and his sisters. Mr. Desage wants to drive Patrick back to Diamond Ranch Academy on December 26, 27 or 28, 2013.

1

Pretrial Services officer Jamie Stroup is in agreement with this request and will require an itinerary and schedule beforehand. AUSA Gregory Damm is not opposed to granting Mr. Desage this travel request.

DATED: December 23, 2013

WRIGHT STANISH & WINCKLER

_/s/ Richard A. Wright_
RICHARD A. WRIGHT, ESQ.
300 South Fourth Street   Ste 701
Las Vegas, Nevada 89101
Counsel for Defendant

## CERTIFICATE OF DELIVERY

I HEREBY CERTIFY that on December 23, 2013, I caused a copy of the foregoing EMERGENCY MOTION FOR MODIFICATION OF CONDITIONS OF PRETRIAL RELEASE to be EMAILED and/or mailed to the following persons:

AUSA GREGORY DAMM
333 Las Vegas Blvd. South
Fifth Floor
Las Vegas, NV 89101

Pretrial Services Office
333 Las Vegas Blvd. South
First Floor
Las Vegas, NV 89101

BY /s/ *illegible signature*
An employee of Wright Stanish & Winckler

4

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>           vs.<br><br>RAMON DESAGE,<br><br>                    Defendant. | CASE NO. 2:13-cr-00039-JAD-VCF<br><br>**ORDER** |

Before the court is Defendant's Motion for Modification of Conditions of Release which is unopposed by the US Attorney and pretrial services.

The Defendant seeks permission to travel to Utah for the purpose of returning his son after his visit to Las Vegas.

Having reviewed and considered the matter,

**IT IS ORDERED** that the Defendant's Motion for Modification of Conditions of Release is hereby GRANTED.   Defendant Desage shall be allowed to travel to Utah to return his son home on December 26, 27 or 28, 2013, under the conditions deemed appropriate by pretrial services.

DATED:  December 23   2013

_____
Cam Ferenbach, Magistrate Judge

3