Richard A. Wright, Esq.
WRIGHT STANISH & WINCKLER
300 S. Fourth Street, Suite 701
Las Vegas, NV 89101
Telephone: (702) 382-4004

Richard B. Herman, Esq.
Richard B. Herman, P.C.
445 Park Avenue, 9th Floor
New York, New York 10022
Telephone: (212) 759-6300

Attorneys for Defendant RAMON DESAGE

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 2:13-CR-00039-JAD-VCF |
| Plaintiff, | |
| vs. | **O R D E R** |
| RAMON DESAGE | |
| Defendant. | |

**UNOPPOSED MOTION TO TRAVEL AND ORDER**

Comes now, Defendant Ramon Desage, by and through his counsel, Richard A. Wright, Esq. and Richard B. Herman, Esq., and hereby moves this Court for permission to travel from Las Vegas, Nevada to New York City on May 8, 2014 and returning on May 11, 2014. Defendant will be traveling with his counsel, Richard B. Herman, Esq., and has scheduled to meet with

expert(s) and other attorneys in support of his defense case. In addition, on Saturday May 10, 2014, Mr. Desage has been invited to attend the Ellis Island Medal of Honor Ceremony which takes place on Ellis Island, New York. While in New York, Mr. Desage, will be staying at the St. Regis Hotel, 2 East 55th Street, New York, New York.

On April 11, 2014, Richard B. Herman, Counsel for Mr. Desage, personally discussed this request with Pre-Trial Services Officer Jaime Stroup, who advises he consents to this travel request. Mr. Herman provided Officer Stroup with Mr. Desage's travel itinerary, hotel information and list of events. Mr. Desage will continue with electronic monitoring and will abide by all other bail conditions. Upon his return to Las Vegas on May 11, 2014, Mr. Desage will give a courtesy call to Officer Stroup.

Counsel for Mr. Desage has discussed this request with Assistant United States Attorney Gregory Damm, who has no opposition to it.

DATED this 17th day of April 2014.

Respectfully submitted:

_____
RICHARD A. WRIGHT, ESQ.
300 S. Fourth Street, Suite 701
Las Vegas, NV 89101
Telephone: (702) 382-4004
Attorney for Defendant, Ramon Desage

/S/ by _____
RICHARD B. HERMAN, ESQ.
New York Bar No. 1898758
445 Park Avenue, 9th Floor
New York, New York 10022
Telephone: (212) 759-6300
Attorney for Defendant, Ramon Desage

## ORDER

This matter, having come before the Court on the unopposed motion of Defendant Ramon Desage, and good cause appearing, Defendant's Motion for Permission to Travel to New York City on May 8, 2014 and returning May 11, 2014 is **GRANTED**.

Dated: April 25, 2014.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

WRIGHT STANISH & WINCKLER

BY_____
   RICHARD A. WRIGHT

RICHARD B. HERMAN, P.C.

BY /S/ by RWright
   RICHARD B. HERMAN