1 | Richard A. Wright, Esq.
2 | WRIGHT STANISH & WINCKLER
3 | 300 S. Fourth Street, Suite 701
  | Las Vegas, NV 89101
4 | Telephone: (702) 382-4004

5 | Richard B. Herman, Esq.
  | Richard B. Herman, P.C.
6 | 445 Park Avenue, 9th Floor
  | New York, New York 10022
7 | Telephone: (212) 759-6300

8 | Attorneys for Defendant RAMON DESAGE

9 |

10 |

11 | UNITED STATES DISTRICT COURT

12 | DISTRICT OF NEVADA

13 |

14 |

UNITED STATES OF AMERICA,                )
                                         )    CASE NO.: 2:13-CR-00039-JAD-VCF
        Plaintiff,                       )
                                         )
        vs.                              )
                                         )
RAMON DESAGE                             )
                                         )
        Defendant.                       )
_____  )

**UNOPPOSED MOTION TO TRAVEL AND ORDER**

Comes now, Defendant Ramon Desage, by and through his counsel, Richard A. Wright, Esq. and Richard B. Herman, Esq., and hereby moves this Court for permission to travel from Las Vegas, Nevada to Newport Beach, California on May 23, 2014 and returning on May 26, 2014. Defendant Ramon Desage's son Patrick, 12 years old, is coming to Las Vegas on

Thursday, May 22, 2014 from Diamond Ranch Academy, a youth residential treatment center, in

Hurricane, Utah.  Ramon Desage requests travel permission to take Patrick to Newport Beach,

California on Friday, May 23, 2014 for vacation, returning to Las Vegas on Monday, May 26,

2014, at which time Patrick will return to Hurricane.  They will travel by automobile and provide

an itinerary to Pretrial Services.

On May 19, 2014, Richard A. Wright, Counsel for Mr. Desage, personally discussed this

request with Pre-Trial Services Officer Ron Pease, who advises he consents to this travel request.

Mr. Desage will continue with electronic monitoring and will abide by all other bail conditions.

Upon his return to Las Vegas on May 26, 2014, Mr. Desage will give a courtesy call to Officer

Pease.

Counsel for Mr. Desage has discussed this request with Assistant United States Attorney

Gregory Damm, who has no opposition to it.

DATED this 19th day of May 2014.

Respectfully submitted:


_____/s/_____
RICHARD A. WRIGHT, ESQ.
300 S. Fourth Street, Suite 701
Las Vegas, NV 89101
Telephone: (702) 382-4004
Attorney for Defendant, Ramon Desage


_____/s/_____
RICHARD B. HERMAN, ESQ.
New York Bar No. 1898758
445 Park Avenue, 9th Floor
New York, New York 10022
Telephone: (212) 759-6300
Attorney for Defendant, Ramon Desage

**ORDER**

This matter having come before the Court on the unopposed motion of Defendant Ramon

Desage, and good cause appearing, Defendant's Motion for Permission to Travel to Newport

Beach, California on May 23, 2014 and returning May 26, 2014 is **GRANTED**.

Dated:  May 21, 2014.

_____

**HONORABLE JENNIFER A. DORSEY**

Respectfully submitted by:

WRIGHT STANISH & WINCKLER

BY_____/s/_____
    RICHARD A. WRIGHT

RICHARD B. HERMAN, P.C.

BY_____/s/_____
    RICHARD B. HERMAN