Richard A. Wright, Esquire
WRIGHT STANISH & WINCKLER
300 S. Fourth Street
Suite 701
Las Vegas, NV 89101
Telephone: (702) 382-4004

Richard B. Herman, Esquire
Richard B. Herman, P.C.
445 Park Avenue
9th Floor
New York, New York 10022
Telephone: (212) 759-6300

Attorneys for Defendant RAMON DESAGE

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No.: 2:13-cr-00039-JAD-VCF |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| RAMON DESAGE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**UNOPPOSED MOTION TO TRAVEL AND PROPOSED ORDER**

Comes now, Defendant Ramon Desage, by and through his counsel, Richard A. Wright, Esuire and Richard B. Herman, Esquire, and hereby moves this Court for permission to travel from Las Vegas, Nevada to Los Angeles, California on Friday, November 7, 2014 and returning in the evening on Saturday, November 8 2014. Defendant will be driving to Los Angeles to attend a function on Friday evening and a business meeting on Saturday morning.

On October 17, 2014, Richard B. Herman, Counsel for Mr. Desage, personally discussed this request with Pre-Trial Services Officer Jaime Stroup, who advises he consents to this travel request. Mr. Herman will provide Officer Stroup with Mr. Desage's hotel information. Mr. Desage will continue with electronic monitoring and will abide by all other bail conditions.  Upon his return to Las Vegas on November 8, Mr. Desage will give a courtesy call to Officer Stroup.

Richard A. Wright, counsel for Mr. Desage has discussed this request with Assistant United States Attorney Gregory Damm, who has no opposition to it.

DATED this 21st day of October 2014.

Respectfully submitted:


BY_____/s/ Richard A. Wright_____
   RICHARD A. WRIGHT, ESQUIRE
   300 S. Fourth Street
   Suite 701
   Las Vegas, NV 89101
   Telephone: (702) 382-4004
   Attorney for Defendant, Ramon Desage


BY_____/s/ Richard B. Herman_____
   RICHARD B. HERMAN, ESQUIRE
   New York Bar No. 1898758
   445 Park Avenue
   9th Floor
   New York, NY 10022
   Telephone: (212) 759-6300
   Attorney for Defendant, Ramon Desage

1

2                                          **ORDER**

3

4           This matter having come before the Court on the unopposed motion of Defendant Ramon

5   Desage, and good cause appearing, Defendant's Motion for Permission to Travel to Los Angeles on

6   November 7, 2014 and returning November 8, 2014 is **GRANTED**.

7

8   _____

                    HONORABLE JENNIFER A. DORSEY

9

10

11                              Dated Octobe 21, 2014.

11  Respectfully submitted by:

12  WRIGHT STANISH & WINCKLER

13  _____/s/ Richard A. Wright_____

14  RICHARD A. WRIGHT

15

16  RICHARD B. HERMAN, P.C.

17  _____/s/ Richard B. Herman_____

    RICHARD B. HERMAN

18

19

20

21

22

23

24

25

26

27

28