Richard A. Wright, Esquire
WRIGHT STANISH & WINCKLER
300 S. Fourth Street
Suite 701
Las Vegas, NV 89101
Telephone: (702) 382-4004

Richard B. Herman, Esquire
Richard B. Herman, P.C.
445 Park Avenue
9th Floor
New York, New York 10022
Telephone: (212) 759-6300

Attorneys for Defendant RAMON DESAGE

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 2:13-cr-00039-JAD-VCF |
| Plaintiff, ) | |
| vs. ) | |
| RAMON DESAGE, ) | |
| Defendant. ) | |

**UNOPPOSED MOTION TO TRAVEL AND PROPOSED ORDER**

Comes now, Defendant Ramon Desage, by and through his counsel, Richard A. Wright, Esquire and Richard B. Herman, Esquire, and hereby moves this Court for permission to travel from Las Vegas, Nevada to Los Angeles, California on February 23, 2015 and returning on February 24, 2015. Mr. Desage further requests permission to travel to Miami, Florida on February 26, 2015 and returning on February 28, 2015. Defendant will be traveling to Los Angeles for a meeting with an attorney and to Miami for a prospective business venture. While in Los Angeles, Mr. Desage, will

be staying at the Hyatt Regency Century Plaza, 2025 Avenue of the Stars, Los Angeles, California. While in Miami, Mr. Desage will be staying at The Ritz Carlton, South Beach, 1 Lincoln Road, Miami Beach, Florida.

On February 5, 2015, Richard B. Herman, Counsel for Mr. Desage, personally discussed this request with Pre-Trial Services Officer Jaime Stroup, who advises he consents to this travel request. Mr. Herman will provide Officer Stroup with Mr. Desage's travel itinerary and hotel information. Mr. Desage will continue with electronic monitoring and will abide by all other bail conditions. Upon his return to Las Vegas from Los Angeles on February 24, 2015 and his return from Miami on February 28, 2015, Mr. Desage will give a courtesy call to Officer Stroup.

Counsel for Mr. Desage has discussed this request with Assistant United States Attorney Gregory Damm, who has no opposition to it.

DATED this 10th day of February 2015.

Respectfully submitted:

BY  /s/ Richard A. Wright
    RICHARD A. WRIGHT, ESQUIRE
    300 S. Fourth Street
    Suite 701
    Las Vegas, NV 89101
    Telephone: (702) 382-4004
    Attorney for Defendant, Ramon Desage

BY  /s/ Richard B. Herman
    RICHARD B. HERMAN, ESQUIRE
    New York Bar No. 1898758
    445 Park Avenue
    9th Floor
    New York, NY 10022
    Telephone: (212) 759-6300
    Attorney for Defendant, Ramon Desage

## **ORDER**

This matter having come before the Court on the unopposed motion of Defendant Ramon Desage, and good cause appearing, Defendant's Motion for Permission to Travel to Los Angeles, California on February 23, 2015 and returning February 24, 2014, as well as Defendant's Motion for Permission to Travel to Miami, Florida on February 26, 2015 and returning on February 28, 2015 are **GRANTED**.

_____
HONORABLE PEGGY A. LEEN
Dated: February 15, 2015

Respectfully submitted by:

WRIGHT STANISH & WINCKLER

  /s/ Richard A. Wright
RICHARD A. WRIGHT


RICHARD B. HERMAN, P.C.

  /s/ Richard B. Herman
RICHARD B. HERMAN