Richard A. Wright, Esquire
WRIGHT STANISH & WINCKLER
300 S. Fourth Street
Suite 701
Las Vegas, NV 89101
Telephone: (702) 382-4004

Richard B. Herman, Esquire
Richard B. Herman, P.C.
445 Park Avenue
9th Floor
New York, New York 10022
Telephone: (212) 759-6300

Attorneys for Defendant RAMON DESAGE


UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No.: 2:13-cr-00039-JAD-VCF |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| RAMON DESAGE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |


### UNOPPOSED MOTION TO TRAVEL AND               ORDER

Comes now, Defendant Ramon Desage, by and through his counsel, Richard A. Wright,

Esquire and Richard B. Herman, Esquire, and hereby moves this Court for permission to travel from

Las Vegas, Nevada to New York City on May 7, 2015 and returning on May 11, 2015.  Defendant

will be traveling with his counsel, Richard B. Herman, Esquire, and is scheduled to meet with

Attorney Robert S. Fink, Esquire on May 8, 2015.  In addition, on Saturday May 9, 2015, Mr.

Desage has been invited to attend the Ellis Island Medal of Honor Ceremony which takes place on

Ellis Island, New York.  While in New York, Mr. Desage, will be staying at the St. Regis Hotel, 2 East 55th Street, New York, New York.

On April 15, 2015, Richard B. Herman, Counsel for Mr. Desage, personally discussed this request with Pre-Trial Services Officer Zack Bowen, who advises he consents to this travel request. Mr. Herman will provided Officer Bowen with Mr. Desage's travel itinerary, hotel information and list of events.  Mr. Desage will continue with electronic monitoring and will abide by all other bail conditions.  Upon his return to Las Vegas on May 11, 2015, Mr. Desage will give a courtesy call to Officer Bowen.

Counsel for Mr. Desage has discussed this request with Assistant United States Attorney Gregory Damm, who has no opposition to it.

DATED this 15th day of April 2015.

Respectfully submitted:


BY_____/s/ Richard A. Wright_____
   RICHARD A. WRIGHT, ESQUIRE
   300 S. Fourth Street
   Suite 701
   Las Vegas, NV 89101
   Telephone: (702) 382-4004
   Attorney for Defendant, Ramon Desage


BY_____/s/ Richard B. Herman_____
   RICHARD B. HERMAN, ESQUIRE
   New York Bar No. 1898758
   445 Park Avenue
   9th Floor
   New York, NY 10022
   Telephone: (212) 759-6300
   Attorney for Defendant, Ramon Desage

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ORDER

This matter having come before the Court on the unopposed motion of Defendant Ramon

Desage, and good cause appearing, Defendant's Motion for Permission to Travel to New York City

on May 7, 2015 and returning May 11, 2015 is **GRANTED**.

Dated:  April 16, 2015.

_____

HONORABLE JENNIFER A. DORSEY

Respectfully submitted by:

WRIGHT STANISH & WINCKLER

_____/s/ Richard A. Wright_____

RICHARD A. WRIGHT

RICHARD B. HERMAN, P.C.

_____/s/ Richard B. Herman_____

RICHARD B. HERMAN