1 Richard A. Wright, Esquire
2 WRIGHT STANISH & WINCKLER
  300 S. Fourth Street
3 Suite 701
  Las Vegas, NV 89101
4 Telephone: (702) 382-4004
5
  Richard B. Herman, Esquire
6 Richard B. Herman, P.C.
  445 Park Avenue
7 9th Floor
  New York, New York 10022
8 Telephone: (212) 759-6300
9
  Attorneys for Defendant RAMON DESAGE
10

11                        UNITED STATES DISTRICT COURT
12
                              DISTRICT OF NEVADA
13

14
   UNITED STATES OF AMERICA,           )
15                                      )     Case No.: 2:13-cr-00039-JAD-VCF
           Plaintiff,                   )
16                                      )
           vs.                          )
17                                      )        **ORDER**
18 RAMON DESAGE,                        )
                                        )
19         Defendant.                   )
20 _____  )

21         **UNOPPOSED MOTION TO TRAVEL AND PROPOSED ORDER**

22         Comes now, Defendant Ramon Desage, by and through his counsel, Richard A. Wright,

23 Esquire and Richard B. Herman, Esquire, and hereby moves this Court for permission to travel from

24 Las Vegas, Nevada to New York City on August 19, 2015 and returning on August 21, 2015.  While

25 in New York City, Mr. Desage will be meeting with attorneys and he will be staying at the St. Regis

26 Hotel, 2 East 55th Street, New York, New York.

27

28 ///

On August 10, 2015, Richard B. Herman, Counsel for Mr. Desage, personally discussed this request with Pre-Trial Services Officer Zack Bowen, who advises he consents to this travel request. Mr. Herman will provided Officer Bowen with Mr. Desage's travel itinerary and hotel information. Mr. Desage will continue with electronic monitoring and will abide by all other bail conditions. Upon his return to Las Vegas on August 21, 2015, Mr. Desage will give a courtesy call to Officer Bowen.

Counsel for Mr. Desage has discussed this request with Assistant United States Attorney Gregory Damm, who has no opposition to it.

DATED this 10th day of August 2015.

Respectfully submitted:


BY_____/s/ Richard A. Wright_____
   RICHARD A. WRIGHT, ESQUIRE
   300 S. Fourth Street
   Suite 701
   Las Vegas, NV 89101
   Telephone: (702) 382-4004
   Attorney for Defendant, Ramon Desage


BY_____/s/ Richard B. Herman_____
   RICHARD B. HERMAN, ESQUIRE
   New York Bar No. 1898758
   445 Park Avenue
   9th Floor
   New York, NY 10022
   Telephone: (212) 759-6300
   Attorney for Defendant, Ramon Desage

**ORDER**

    This matter having come before the Court on the unopposed motion of Defendant Ramon Desage, and good cause appearing, Defendant's Motion for Permission to Travel to New York City on August 19, 2015 and returning August 21, 2015 is **GRANTED**.

    Dated:  August 11, 2015.

_____
HONORABLE JENNIFER A. DORSEY

Respectfully submitted by:

WRIGHT STANISH & WINCKLER

   /s/ Richard A. Wright
RICHARD A. WRIGHT

RICHARD B. HERMAN, P.C.

   /s/ Richard B. Herman
RICHARD B. HERMAN