Richard A. Wright, Esquire
WRIGHT STANISH & WINCKLER
300 S. Fourth Street
Suite 701
Las Vegas, NV 89101
Telephone: (702) 382-4004

Richard B. Herman, Esquire
Richard B. Herman, P.C.
445 Park Avenue
9th Floor
New York, New York 10022
Telephone: (212) 759-6300

Attorneys for Defendant RAMON DESAGE

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:13-cr-00039-JAD-VCF |
| Plaintiff, | |
| vs. | |
| RAMON DESAGE, | |
| Defendant. | |

**AMENDED UNOPPOSED MOTION TO
TRAVEL AND PROPOSED ORDER**

Comes now, Defendant Ramon Desage, by and through his counsel, Richard A. Wright, Esquire and Richard B. Herman, Esquire, and hereby moves this Court for permission to amend Mr. Desage's travel dates from Las Vegas, Nevada to New York City to September 8, 2015 and returning on September 10, 2015. While in New York City, Mr. Desage will be meeting with attorneys and he will be staying at the St. Regis Hotel, 2 East 55th Street, New York, New York. On August 11, 2015, August 12, 2015 and August 19, 2015 the Court approved Mr. Desage's initial travel motions; unfortunately, Mr. Desage's meeting in New York has been repeatedly cancelled and we are trying to reschedule with the Court's approval.

On September 1, 2015, Richard B. Herman, Counsel for Mr. Desage, personally discussed Mr. Desage's initial travel request with Pre-Trial Services Officer Zack Bowen, who advises he consents to this travel request. Mr. Herman provided Officer Bowen with Mr. Desage's travel itinerary and hotel information. Mr. Desage will continue with electronic monitoring and will abide by all other bail conditions. Upon his return to Las Vegas on September 10, 2015, Mr. Desage will give a courtesy call to Officer Bowen.

Counsel for Mr. Desage has discussed the initial request with Assistant United States Attorney Gregory Damm, who has no opposition to it.

DATED this 1st day of September 2015.

Respectfully submitted:

BY       /s/ Richard A. Wright
RICHARD A. WRIGHT, ESQUIRE
300 S. Fourth Street
Suite 701
Las Vegas, NV 89101
Telephone: (702) 382-4004
Attorney for Defendant, Ramon Desage

BY       /s/ Richard B. Herman
RICHARD B. HERMAN, ESQUIRE
New York Bar No. 1898758
445 Park Avenue
9th Floor
New York, NY 10022
Telephone: (212) 759-6300
Attorney for Defendant, Ramon Desage

///
///
///
///
///
///

## ORDER

This matter having come before the Court on the amended unopposed motion of Defendant Ramon Desage, and good cause appearing, Defendant's Motion for Permission to Travel to New York City on September 8, 2015 and returning September 10, 2015 is **GRANTED**.

_____
HONORABLE JENNIFER A. DORSEY

Dated this 2nd day of September, 2015.

Respectfully submitted by:

WRIGHT STANISH & WINCKLER

By___/s/ Richard A. Wright_____
    RICHARD A. WRIGHT

RICHARD B. HERMAN, P.C.

By___/s/ Richard B. Herman_____
    RICHARD B. HERMAN