Richard A. Wright, Esq.
**WRIGHT STANISH & WINCKLER**
300 S. Fourth Street, Suite 701
Las Vegas, NV 89101
Telephone: (702) 382-4004

Richard B. Herman, Esq.
**RICHARD B. HERMAN, P.C.**
445 Park Avenue, 9th Floor
New York, New York 10022
Telephone: (212) 759-6300

*Attorneys for Defendant RAMON DESAGE*

| UNITED STATES DISTRICT COURT<br>DISTRICT OF NEVADA | |
|---|---|
| UNITED STATES OF AMERICA<br><br>             Plaintiff,<br><br>     vs.<br><br>RAMON DESAGE<br><br>             Defendant. | Case No.: 2:13-cr-00039-JAD-VCF<br><br>**UNOPPOSED MOTION TO TRAVEL AND PROPOSED ORDER** |

Comes now, Defendant Ramon Desage, by and through his counsel, Richard A. Wright, Esq. and Richard B. Herman, Esq., and hereby moves this Court for permission to travel from Las Vegas, Nevada to Los Angeles, California on Thursday, March 10, 2016 and returning same day. While in Los Angeles, Mr. Desage will be meeting with legal counsel.

On March 7, 2016, Richard B. Herman, Counsel for Mr. Desage, personally discussed this request with Pre-Trial Services Officer Zach Bowen, who advises he consents to this travel request. Mr. Desage will continue with electronic monitoring and will abide by all other bail conditions. Upon his return to Las Vegas, Mr. Desage will give a courtesy call to Officer Zach Bowen.

Counsel for Mr. Desage has discussed this request with Assistant United States Attorney Gregory Damm, who has no opposition to it.

**DATED** this 7th Day of March, 2016

Respectfully submitted:

_____/s/ Richard A. Wright_____
RICHARD A. WRIGHT, ESQ.
300 S. Fourth Street, Suite 701
Las Vegas, NV 89101
Telephone: (702) 382-4004
Attorney for Defendant, Ramon Desage


_____/s/ Richard B. Herman_____
RICHARD B. HERMAN, ESQ.
New York Bar No. 1898758
445 Park Avenue, 9th Floor
New York, New York 10022
Telephone: (212) 759-6300
Attorney for Defendant, Ramon Desage

## ORDER

This matter having come before the Court on the unopposed motion of Defendant Ramon Desage, and good cause appearing, Defendant's Motion for Permission to Travel to Los Angeles for the day on March 10, 2016 is **GRANTED**.

Dated: March 8, 2016

_____
**HONORABLE JENNIFER A. DORSEY**

Respectfully submitted by:

**WRIGHT STANISH & WINCKLER**

\_\_\_\_/s/ Richard A. Wright_____
**RICHARD A. WRIGHT**


**RICHARD B. HERMAN, P.C.**

\_\_\_\_\_/s/ Richard B. Herman_____
**RICHARD B. HERMAN**