UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| United States of America, | 2:13-cr-00039-JAD-VCF |
|---|---|
| Plaintiff | **Order Granting Motion for Leave to File Supplemental Brief** |
| v. | |
| Ramon Desage, et al., | [ECF No. 184] |
| Defendants | |

On August 5, 2016, I ordered the government to file a new appeal of the magistrate judge's order granting defendant Ramon Desage's motion to compel production of 10 years worth of the victims' tax records by August 12, 2016.[1] William Richardson—one of the victims whose tax records are subject to the magistrate judge's order—now requests leave to file a supplemental brief addressing disclosure of his tax records under 28 U.S.C.§ 6103 and in light of his rights as a crime victim under 18 U.S.C. § 3771. Richardson attaches his proposed 22-page supplemental brief.[2] Having reviewed Richardson's proposed brief, I find that good cause exists to grant him leave to file it. I therefore direct the Clerk of Court to file Richardson's brief, and I give Desage until August 29, 2016, to file a response if he so chooses. Richardson will have seven days from service of Desage's response to file a reply.

Accordingly, IT IS HEREBY ORDERED that **Richardson's motion for leave to file supplemental brief [ECF No. 184] is GRANTED.**

The Clerk of Court is instructed to FILE Richardson's proposed supplemental brief [ECF No. 184-2], and Desage has until August 29, 2016, to file a response.

Dated this 15th day of August, 2016.

_____
Jennifer A. Dorsey
United States District Judge

---

[1] ECF No. 177.

[2] ECF No. 184-2.