Richard A. Wright, Esq.
**WRIGHT STANISH & WINCKLER**
300 S. Fourth Street, Suite 701
Las Vegas, NV 89101
Telephone: (702) 382-4004

Richard B. Herman, Esq.
**RICHARD B. HERMAN, P.C.**
375 Park Avenue, Suite 2607
New York, New York 10152
Telephone: (212) 759-6300

*Attorneys for Defendant RAMON DESAGE*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>RAMON DESAGE<br><br>Defendant. | Case No.: 2:13-cr-00039-JAD-VCF<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE DATE**<br>**(First Request)** |

COMES NOW, Defendant Ramon Desage, by and through his counsel, Richard A. Wright, Esq. and Richard B. Herman, Esq., and the United States, by and through Assistant United States Attorney, Patrick Burns, Esq., and Defendant Peter Akaragian, by and through his counsel Anthony P. Sgro, Esq., and Defendant Gary Parkinson, by and through his counsel, Thomas F. Pitaro, Esq., and request that this Court approve this Stipulation to Continue the Defendants' Status Conference date from October 12, 2016 to a date convenient to the Court in early October 2016.

The Government does not oppose this Request. The Request is not made for the purposes of delay, and is in the interest of justice. The time is requested as October 12, 2016 is the holiday of Yom Kippur and Richard B. Herman, counsel for Defendant, Ramon Desage, will be observing the holiday with his family.

Wherefore, Defendants and the United States request that this Status Conference be postponed from October 12, 2016 to a date convenient to the Court in early October 2016.

**DATED** this 9th day of September 2016

Respectfully submitted:

__/s/ Richard B. Herman, Esq.__
RICHARD B. HERMAN, ESQ.
*Attorney for Defendant Desage*

__/s/ Richard A. Wright, Esq.__
RICHARD A. WRIGHT, ESQ.
*Attorney for Defendant Desage*

__/s/ Anthony P. Sgro, Esq.__
ANTHONY P. SGRO, ESQ.
*Attorney for Defendant Akaragian*

__/s/ Patrick Burns, Esq.__
PATRICK BURNS, AUSA
*Assistant United States Attorney*

__/s/ Thomas F. Pitaro, Esq.__
THOMAS F. PITARO, ESQ.
*Attorney for Defendant Parkinson*

LAW OFFICES
RICHARD B. HERMAN, P.C.
THE SEAGRAM BUILDING
375 PARK AVENUE, SUITE 2607
NEW YORK, NEW YORK 10152
TELEPHONE (212) 759-6300

## ORDER

IT IS HEREBY ORDERED that the current Status Conference date of October 12, 2016, be continued to October 17, 2016 at 10:00 a.m.

DATED: 9/12/2016

_____
HONORABLE JENNIFER A. DORSEY