# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>RAMON DESAGE, *et al.*,<br><br>  Defendants. | 2:13-cr-00039-JAD-VCF<br>**<u>ORDER SETTING BRIEFING SCHEDULE<br>REGARDING BRADY MATERIALS</u>** |

Judge Dorsey has remanded this matter for the magistrate judge to determine whether the Hefetz/Frey tax returns in the government's possession are, in whole or in part, discoverable under *Brady*. ECF No. 214.

Accordingly, IT IS HEREBY ORDERED that on or before January 24, 2017, Desage must file a motion seeking disclosure of all or portions of these returns under *Brady*. The government's response and Desage's reply must be filed within the times permitted by LCR 12-1(a)(2)&(3).

DATED this 10th day of January, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE