DAYLE ELIESON
United States Attorney
District of Nevada
LISA C. CARTIER GIROUX
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada  89101
(702) 388-6336
PHONE :( 702)388-6336
FAX :( 702)388-6418
Lisa.Cartier-Giroux@usdoj.gov
Attorney for the Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
### -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:13-CR-00039-JAD-VCF |
| Plaintiff, | |
| vs. | **NOTICE OF WITHDRAWAL** |
| RAMON DESAGE, et al, | |
| Defendant. | |

COMES NOW, the United States of America, by and through DAYLE ELIESON, United States Attorney, and Lisa C. Cartier Giroux, Assistant United States Attorney, is no longer associated with this case hereby filing this Notice of Withdrawal, as attorney of record. Assistant United States Attorney Patrick Burns is the counsel of record in the case.

Dated: This 25th day of April 2018.

Respectfully Submitted,

DAYLE ELIESON
United States Attorney

 /s/ Lisa Cartier Giroux
LISA C. CARTIER GIROUX
Assistant United States Attorney

## ELECTRONIC CERTIFICATE OF SERVICE

I, undersigned, hereby certify that I am an employee of the United States Attorney's Office, District of Nevada, and that on this day an electronic copy of the foregoing **NOTICE OF WITHDRAWAL** was served upon counsel of record, via Electronic Case Filing (ECF).

DATED:   This 25th day of April 2018.

/s/ Lisa Cartier Giroux
LISA C. CARTIER GIROUX
Assistant United States Attorney