RICHARD A. WRIGHT, ESQUIRE
Nevada Bar No. 886
WRIGHT STANISH & WINCKLER
300 S. Fourth Street
Suite 701
Las Vegas, NV 89101
Phone: (702) 382-4004
Fax: (702) 382-4800
rick@wswlawlv.com
Attorneys for Defendant RAMON DESAGE

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>RAMON DESAGE,<br><br>    Defendant. | CASE NO.: 2:13-CR-00039-JAD-VCF |

**STIPULATION AND ORDER TO CONTINUE
CHANGE OF PLEA HEARING
(First Request)**

IT IS HEREBY STIPULATED AND AGREED, between, Defendant Ramon Desage, by and through his counsel, Richard A. Wright, Esquire, of Wright Stanish & Winckler, and Plaintiff, United States of America, represented by Dayle Elieson, United States Attorney, and Patrick Burns and Cristina Silva, Assistant United States Attorney's, that the change of plea hearing now set for Monday, August 27, 2018, at 3:00 p.m., be vacated and continued to Friday, August 31, 2018 at 10:00 .m., or to a date and time to be set by this Honorable Court.

The continuance is at the request of the Defendant Desage due to defense counsel's unavailability due to an unexpected emergency legal matter in New York City that he must attend to.

1 | Mr. Desage is not in custody and requests this continuance.

2 | This is the first request for a continuance of the change of plea hearing in this case.

3 | RESPECTFULLY SUBMITTED this 24th day of August, 2018.

| WRIGHT STANISH & WINCKLER | DAYLE ELIESON |
| --- | --- |
| | UNITED STATES ATTORNEY |
| BY /s/ Richard A. Wright | BY /s/ Cristina Silva |
| RICHARD A. WRIGHT, ESQUIRE | PATRICK BURNS |
| 300 S. Fourth Street | CRISTINA SILVA |
| Suite 701 | Assistant U.S. Attorney's |
| Las Vegas, NV 89101 | District of Nevada |
| Attorney for Defendant Desage | 501 Las Vegas Boulevard South |
| | Suite 1100 |
| | Las Vegas, NV 89101 |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 2:13-CR-00039-JAD-VCF |
| Plaintiff, | |
| vs. | **ORDER** |
| RAMON DESAGE, | |
| Defendant. | |

Based on the Stipulation between Defendant Ramon Desage, through counsel, and the Government, and good cause appearing therefore, the Court hereby orders that the change of plea hearing in the above-captioned matter be vacated and continued to August 31, 2018, at the hour of 10:00 a.m.

DATED this 24th day of August, 2018.

_____
JENNIFER A. DORSEY
United States District Judge