GEORGE P. KELESIS, ESQ.
Nevada Bar No. 000069
COOK & KELESIS, ESQ.
517 S. 9th Street
Las Vegas, NV 89101
Phone: (702) 737-7702
Fax: (702) 737-77012
law@bckltd.com
Attorneys for Defendant RAMON DESAGE

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 2:13-cr-00039-JAD-VCF |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | STIPULATION AND PROPOSED |
| RAMON DESAGE, | ) | ORDER TO EXTEND DEADLINE |
| | ) | FOR DEFENDANT TO PRODUCE |
| Defendant. | ) | EXPERT REPORTS |
| | ) | |

It is hereby stipulated and agreed, by and between Dayle Elieson, United States

Attorney, through Patrick Burns, Assistant United States Attorney, and George P. Kelesis,

Esq., counsel for defendant Ramon Desage, that Defendant's deadline for the production

of his expert witness reports for the restitution hearing in this matter be extended one (1)

day, until November 5, 2018.

This stipulation is entered for the following reasons:

1.  Defendant's experts are in the process of compiling the relevant back–up

    documents for their reports from the voluminous discovery produced in the

    matter.

2.  This brief extension is not sought for the purposes of delay, but to allow

    defense counsel adequate time to review the final reports in conjunction

    with the supporting documentation.

3. This is the first request for an extension of time regarding the Defendant's production of expert reports.

4. Denial of this request for an extension could result in a miscarriage of justice.

DATED this 2nd day of November, 2018.

Respectfully submitted:

COOK & KELESIS, LTD.                    UNITED STATES OF AMERICA


By    /s/ George P. Kelesis_____          By   /s/ Patrick Burns_____

    GEORGE P. KELESIS                         PATRICK BURNS
    Nevada Bar No. 0069                       Assistant United States Attorney
    517 S. Ninth Street                       501 S. Las Vegas Blvd., 11th Floor
    Las Vegas, Nevada 89101                   Las Vegas, Nevada 89101
    *Attorneys for Defendant*                 *Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,       )
                                )       Case No.: 2:13-cr-00039-JAD-VCF
              Plaintiff,         )
                                )
       vs.                      )
                                )
RAMON DESAGE,                   )
                                )
              Defendant.        )
_____ )

## FINDINGS OF FACT

Based on the Stipulation of counsel, and good cause appearing therefor, the Court finds that:

1. Defendant's experts are in the process of compiling the relevant back–up documents for their reports from the voluminous discovery produced in the matter.

2. This brief extension is not sought for the purposes of delay, but to allow defense counsel adequate time to review the final reports in conjunction with the supporting documentation.

3. This is the first request for an extension of time regarding the Defendant's production of expert reports.

4. Denial of this request for an extension could result in a miscarriage of justice.

## CONCLUSIONS OF LAW

5. For all of the above-stated reasons, there exists good case for, and the ends of justice would be served best by, a continuance for the production of Defendants Notice of Witnesses and Reports for Restitution Hearing.

## ORDER

IT IS HEREBY ORDERED that the deadline for the Defendant's production of expert reports for the restitution hearing be extended to November 5, 2018.


DATED: 11/6/2018

Nunc Pro Tunc: 11/2/2018

_____
HONORABLE JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE