NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar No. 13644
PATRICK BURNS
Nevada Bar No. 11779
Assistant United States Attorney
Nevada State Bar #: 11779
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6336 / FAX: (702) 388-6418
John.P.Burns@usdoj.gov

*Representing the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -OOo-

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>**Plaintiff,**<br>**vs.**<br>**RAMON DESAGE,**<br>**aka, "RAMON ABI-RACHED,"**<br>**aka, "RAYMOND ANTOINE ABI-RACHED,"**<br>**Defendant.** | **CASE NO: 2:13-CR-00039-JAD-VCF**<br><br>**STIPULATION TO CONTINUE BRIEFING SCHEDULE ON TAX LOSS**<br><br>**(THIRD REQUEST)** |

It is hereby stipulated and agreed, by and between Nicholas A. Trutanich, United States Attorney, through Patrick Burns, Assistant United States Attorney, and Richard Wright, Esq., and George Kelesis, Esq., counsel for Defendant Ramon Desage, that the deadline for the government's reply brief, currently due on May 10, 2019, be continued to May 31, 2019, or a date thereabouts acceptable to the Court. .

This Stipulation is entered into for the following reasons:

1.     On February 5, 2019, after the evidentiary hearing in this matter and deciding a subsequent motion, the Court set a briefing schedule on the tax loss to be used in sentencing Defendant Desage. The government's opening brief regarding tax loss was filed on March 29,

2019. Desage filed his response brief on April 26, 2019. The government's reply brief is currently due on May 10, 2019.

2. Both the government and Desage have each requested a continuance of the briefing schedule previously.

3. In granting the last continuance, the Court advised that no further extensions would be granted.

4. The government submits that special circumstances warrant one additional short continuance so the briefing may be completed in a meaningful fashion.

5. Government counsel is currently set to begin trial in *United States v. Craig P. Orrock*, Case no. 2:16-cr-00111-JAD-CWH. Calendar call was held in that case yesterday, May 2, 2019, at which both parties announced ready for trial and United States District Court Judge Jennifer A. Dorsey ordered the matter to proceed to trial as scheduled. The case is a complicated tax crime prosecution and trial will begin on May 7, 2019. The defendant, a former IRS attorney appearing pro se, is expected to put on a case-in-chief and it appears likely that the trial may extend to or through May 15, 2019.

6. Due to extensive briefing in the Orrock case, and undersigned government counsel's role as the only AUSA prosecuting Desage's case, continuity of government counsel requires a short final continuance of the briefing schedule to May 31, 2019, or a date thereabouts acceptable to the Court.

/ / /

/ / /

/ / /

7.   Counsel for Desage do not oppose this request.

8.   This request is made in good faith and not for purposes of delay.

Dated this 3rd day of May, 2019

NICHOLAS A. TRUTANICH
United States Attorney

//s//                              //s//

By: _____        By:_____
    RICHARD WRIGHT, ESQ.            PATRICK BURNS
    GEORGE KELESIS, ESQ.            Assistant United States Attorney
    Counsel for Defendant DESAGE

3

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
### -OOO-

UNITED STATES OF AMERICA,

           Plaintiff,

    vs.

RAMON DESAGE,
  aka, "RAMON ABI-RACHED,"
  aka, "RAYMOND ANTOINE ABI-
     RACHED,"

           Defendant.

CASE NO: 2:13-CR-039-JAD-VCF

FINDINGS OF FACT AND ORDER

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1.    On February 5, 2019, after the evidentiary hearing in this matter and deciding a subsequent motion, the Court set a briefing schedule on the tax loss to be used in sentencing Defendant Desage. The government's opening brief regarding tax loss was filed on March 29, 2019. Desage filed his response brief on April 26, 2019. The government's reply brief is currently due on May 10, 2019.

2.    Both the government and Desage have each requested a previous continuance of the briefing schedule.

3.    In granting the last continuance, the Court advised that no further extensions would be granted.

4.    The government submits that special circumstances warrant one additional

4

short continuance so the briefing may be completed in a meaningful fashion.

5.     Government counsel is currently set to begin trial in *United States v. Craig P. Orrock*, Case no. 2:16-cr-00111-JAD-CWH. Calendar call was held in that case yesterday, May 2, 2019, at which both parties announced ready for trial and United States District Court Judge Jennifer A. Dorsey ordered the matter to proceed to trial as scheduled. The case is a complicated tax crime prosecution and trial will begin on May 7, 2019. The defendant, a former IRS attorney appearing pro se, is expected to put on a case-in-chief and it appears likely that the trial may extend to or through May 15, 2019.

6.     Due to extensive briefing in the *Orrock* case, and undersigned government counsel's role as the only AUSA prosecuting Desage's case, continuity of government counsel requires a short final continuance of the briefing schedule to May 31, 2019, or a date thereabouts acceptable to the Court.

7.     Counsel for Desage does not oppose this request.

8.     This request is made in good faith and not for purposes of delay.

For all of the above-stated reasons, the ends of justice would be served best by a continuance of the briefing schedule.

/ / /

/ / /

/ //

/ / /

/ / /

/ / /

5

## **ORDER**

IT IS ORDERED that the deadline for the government to file its reply brief on the tax loss issue in *United States v. Ramon Desage*, 2:13-CR-039-JAD-VCF, is reset to May 31, 2019.

Dated this ___6th___ day of May, 2019

By: _____
JENNIFER A. DORSEY
UNITED STATES DISTRICT COURT JUDGE