# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br><br>vs. )<br><br>RAMON DESAGE, )<br><br>Defendant. ) | CASE NO.: 2:13-CR-00039-JAD-VCF<br><br>**ORDER**<br>ECF No. 333 |

Based on the Stipulation of counsel, and good cause appearing therefore, the Court hereby orders that the previously filed Ramon Desage's Response to the Government's Summary Brief on Tax Loss (ECF No. 330) be stricken and sealed, and that Mr. Desage be allowed to file a revised response as agreed by the parties.

DATED this 20th day of May, 2019.

_____
JENNIFER A. DORSEY
United States District Judge