1  NICHOLAS A. TRUTANICH
   United States Attorney
2  District of Nevada
   Nevada Bar Number 13644
3  DANIEL D. HOLLINGSWORTH
   Assistant United States Attorney
4  Nevada Bar No. 1925
   501 Las Vegas Boulevard South, Suite 1100
5  Las Vegas, Nevada 89101
   (702) 388-6336
6  Daniel.Hollingsworth@usdoj.gov
   Attorneys for the United States

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>     v.<br><br>RAMON DESAGE, aka RAMON ABI-RACHED, aka RAYMOND ANTOINE ABI-RACHED,<br><br>     Defendant. | 2:13-CR-039-JAD-VCF<br><br>Order Granting<br>**Government's Unopposed Motion to Extend Time to File its Response to the Motion to Intervene by William Richardson (ECF No. 349)**<br>**(Second Request)**<br><br>ECF No. 358 |

This Motion to Extend Time is the second request. LR IA 6-1.

The United States of America respectfully moves this Court for an Order extending the time for the government to file its Response to the Motion to Intervene by William Richardson (ECF No. 349). The reason is the Motion with the attached exhibits is 181 pages. Undersigned counsel has a large case load. The government needs more time to review the document and records to file an appropriate response while still meeting the deadlines for other assigned cases. The government now requests an extension to, and including, October 31, 2019.

On October 8, 9, and 11, 2019, the government called Chesnoff & Schonfeld, today David Chesnoff, counsel for William Richardson, consented to a two week extension of time.

/ / /

Because of the foregoing reasons, the government requests and extension of time to review the filed documents.

This Motion is not submitted solely for the purpose of delay or for any other improper purpose.

This Court should grant an extension of time to, and including, October 31, 2019.

DATED: October 11, 2019.

NICHOLAS A. TRUTANICH
United States Attorney

/s/ Daniel D. Hollingsworth
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney

**ORDER**

Good cause appearing, and as the movant does not oppose the request, IT IS HEREBY ORDERED that the motion to extend time [358] is GRANTED. The government's deadline to respond to William Richardson's Motion to Intervene [349] is extended to October 31, 2019.

_____
U.S. District Judge

DATED: 10/22/2019