NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney
Nevada Bar No. 1925
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Daniel.Hollingsworth@usdoj.gov
Attorneys for the United States

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:13-CR-039-JAD-VCF |
| Plaintiff, | **Government's Unopposed Motion to Extend Time to File its Response to the Motion to Intervene by William Richardson (ECF No. 349)** |
| v. | **(Third Request)** |
| RAMON DESAGE, aka RAMON ABI-RACHED, aka RAYMOND ANTOINE ABI-RACHED, | ECF No. 363 |
| Defendant. | |

This Motion to Extend Time is the third request. LR IA 6-1.

The United States of America respectfully moves this Court for an Order extending the time for the government to file its Response to the Motion to Intervene by William Richardson (ECF No. 349). The reason is undersigned counsel has a large case load, and despite his diligent efforts to meet the deadline, he is unable to complete his response by the deadline. The government needs more time to review the records to file an appropriate response. The government now requests an extension to, and including, November 21, 2019.

On October 31, 2019, the government called Chesnoff & Schonfeld and David Chesnoff, counsel for William Richardson, consented to the extension of time.

Because of the foregoing reasons, the government requests and extension of time to complete the response to the motion.

This Motion is not submitted solely for the purpose of delay or for any other improper purpose.

This Court should grant an extension of time to, and including, November 21, 2019.

DATED: October 31, 2019.

NICHOLAS A. TRUTANICH
United States Attorney

/s/ Daniel D. Hollingsworth
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney

**ORDER**

Good cause appearing, and as the movant does not oppose the request, IT IS HEREBY ORDERED that the motion to extend time [363] is GRANTED. The government's deadline to respond to William Richardson's Motion to Intervene [349] is extended to November 21, 2019.

_____
HONORABLE JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE

DATED: 11/5/2019