NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney
Nevada Bar No. 1925
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Daniel.Hollingsworth@usdoj.gov
Attorneys for the United States

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:13-CR-039-JAD-VCF |
| Plaintiff, | **Government's Unopposed Motion to Extend Time to File its Response to the Motion to Intervene by Harvey Vechery (ECF No. 361)** |
| v. | **(First Request)** |
| RAMON DESAGE, aka RAMON ABI-RACHED, aka RAYMOND ANTOINE ABI-RACHED, | ECF No. 365 |
| Defendant. | |

This Motion to Extend Time is the first request. LR IA 6-1.

The United States of America respectfully moves this Court for an Order extending the time for the government to file its Response to the Motion to Intervene by Harvey Vechery (ECF No. 361). Undersigned counsel has a large case load. The government needs more time to review the document and records to file an appropriate response while still meeting the deadlines for other assigned cases. The Response to the Motion to Intervene for William Richardson is currently due November 21, 2019. The government now requests an extension to, and including, November 21, 2019, for Vechery as well.

On October 31, 2019, the government called Patricia Lee, counsel for Harvey Vechery, to request an extension of time to November 21, 2019. On November 1, 2019, counsel agreed to the extension of time.

/ / /

Because of the foregoing reasons, the government requests and extension of time to review the filed documents.

This Motion is not submitted solely for the purpose of delay or for any other improper purpose.

This Court should grant an extension of time to, and including, November 21, 2019.

DATED: November 6, 2019.

NICHOLAS A. TRUTANICH
United States Attorney

/s/ Daniel D. Hollingsworth
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney

IT IS SO ORDERED:

_____
HONORABLE JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE

DATED: 11/13/2019
_____