IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

UNITED STATES OF AMERICA,           )
                                    ) Case No. 2:13-cr-00039-JAD-VCF
                Plaintiff,          )
                                    )    ORDER TEMPORARILY
vs.                                 ) UNSEALING AUDIO RECORDING
                                    )
RAMON DESAGE (1),                   )
                                    )
                Defendant.          )
_____)


        Richard A. Wright, Esq., filed a Designation of
Transcripts (Doc. 359).  Of the transcripts requested, the
following docket number is proceedings that are either sealed
or contain a sealed portion:  Docket No. 227.  The transcript
is to be prepared by Amber McClane, Certified Court
Transcriber.

        **IT IS THE ORDER OF THE COURT** that the sealed audio
recording shall be unsealed for the limited purpose of
preparing the transcript by Amber McClane and providing a copy
of the transcript to Richard A. Wright, Esq., as requested.

        **IT IS FURTHER ORDERED** that the audio recording shall
thereafter be resealed and a certified copy of the transcript
be delivered to the Clerk pursuant to 28 U.S.C. § 753(b) and
remain sealed until further order of this Court.

        **IT IS FURTHER ORDERED** that the receiving party shall not
disclose the sealed contents of the transcript of the
proceeding to anyone other than the representatives of the
parties directly concerned with this case.


        **DATED** this 27ᵗʰ day of November, 2019


                            _____
                            HONORABLE CAM FERENBACH
                            UNITED STATES MAGISTRATE JUDGE

_____ FILED        _____ RECEIVED
_____ ENTERED      _____ SERVED ON
          COUNSEL/PARTIES OF RECORD

        NOV 2 7 2019

    CLERK US DISTRICT COURT
     DISTRICT OF NEVADA
BY:_____ DEPUTY