1  DAVID Z. CHESNOFF, ESQ.
   Nevada Bar No. 2292
2  RICHARD A. SCHONFELD, ESQ.
   Nevada Bar No. 6815
3  ROBERT Z. DEMARCO, ESQ.
   Nevada Bar No. 12359
4  CHESNOFF & SCHONFELD
   520 South Fourth Street
5  Las Vegas, Nevada 89101
   Telephone: (702)384-5563
6  Attorneys for WILLIAM A. RICHARDSON

7              UNITED STATES DISTRICT COURT
                   DISTRICT OF NEVADA
8
   UNITED STATES OF AMERICA        )
9                                  )        2:13-CR-00039-JAD-VCF
                   Plaintiff,      )          ECF No. 374
10                                 )
   v.                              )
11                                 )
   RAMON DESAGE                    )
12                Defendant.       )
                                   )
13  _____)

14  **WILLIAM A. RICHARDSON'S UNOPPOSED MOTION TO EXTEND TIME TO
    FILE REPLIES TO GOVERNMENT RESPONSES**
15
        COMES NOW, WILLIAM A. RICHARDSON, by and through his undersigned
16
    attorneys, David Z. Chesnoff, Esq., Richard A. Schonfeld, Esq., and Robert Z. DeMarco, Esq.,
17
    and hereby submits this Unopposed Motion to Extend Time to file Replies to the
18
    government's Responses (ECF 372, 373).
19
        This Motion to Extend Time is the first request by Mr. Richardson.  LR IA 6-1.
20
        Mr. Richardson respectfully moves this Honorable Court for an Order extending the
21
    time to file any Replies to the government's Responses filed on November 21, 2019 (ECF
22
    373, 373).  In addition, to the intervening Thanksgiving holiday, counsel needs additional time
23
    to review the government's Responses to file any appropriate Replies.
24
        Replies to the Responses are currently due on December 2, 2019 (the ECF deadline is
25
    November 28, 2019, however, due to the Thanksgiving holiday break, any Replies would be
26
    currently due on December 2, 2019).
27

28

                           Page -1-

On November 22, 2019, Mr. Hollingsworth, on behalf of the government, agreed to extend to the deadline to file Replies to December 12, 2019 via e-mail. Counsel has no objection to the requested Reply deadline also being applicable to Counsel for Mr. Vechery.

Because of the foregoing reasons, Mr. Richardson respectfully requests said extension of time. This Motion is not submitted solely for the purpose of delay or for any other improper purpose.

Accordingly, this Honorable Court should grant an extension of time to, and including, December 12, 2019 to file any Replies to said government's Responses (ECF 372, 373).

Dated this 22nd day of November 2019.

Respectfully Submitted:

/s/
_____
DAVID Z. CHESNOFF, ESQ.
Nevada Bar No. 2292
RICHARD A. SCHONFELD, ESQ.
Nevada Bar No. 6815
ROBERT Z. DEMARCO, ESQ.
Nevada Bar No. 12359
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702)384-5563
Attorneys for WILLIAM A. RICHARDSON

**IT IS SO ORDERED:**

_____
**HONORABLE JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE**
**DATED:** 11/27/2019 _____