Patricia Lee (8287)
HUTCHISON & STEFFEN, PLLC
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
Tel: (702) 385-2500
Fax: (702) 385-2086
plee@hutchlegal.com

*Attorneys for Harvey Vechery*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **2:13-CR-00039-JAD-VCF** |
| Plaintiff, | |
| v. | |
| **RAMON DESAGE**, | |
| Defendant. | |

## HARVEY VECHERY'S MOTION TO EXTEND TIME TO FILE REPLIES TO GOVERNMENT RESPONSES (FIRST REQUEST)

Harvey Vechery ("Mr. Vechery"), by and through his counsel of record, hereby submits this Motion to Extend Time to File Replies to the Government's Responses (ECF 372, 373).

This motion to extend time is the first request by Mr. Vechery. *See* LR IA 6-1. Mr. Vechery requests that this Honorable Court grant him additional time to file a reply to the government's responses filed on November 21, 2019 (ECF 372,373). As a result of the recent Thanksgiving holiday, counsel for Mr. Vechery is in need of additional time to fully review the government's responses and to prepare any applicable replies.

As detailed in Mr. Richardson's motion to extend time (ECF 374), Mr. Hollingsworth, on behalf of the government, agreed to extend the deadline to file replies to December 12, 2019 via e-mail and counsel for Mr. Richardson "has no objection to the requested Reply deadline also being applicable to Counsel for Mr. Vechery." (*See* ECF 374 2:1-3).

Mr. Vechery requests the same extension of time to December 12, 2019. This motion is not submitted for the purpose of delay or any other improper purpose but is made to allow Mr. Vechery adequate time to file any reply. The deadline to file a reply was on December 2, 2019 as a result of the holiday. But, given the parties' agreement to allow replies through December 12, 2019, Mr. Vechery asks that this Court allow him the extension of time.

Accordingly, this Honorable Court should grant the instant motion and allow Mr. Vechery to file his any reply to the government Responses (ECF 372,373) through December 12, 2019.

Dated this 3rd day of December, 2019.

HUTCHISON & STEFFEN, PLLC

*/s/ Patricia Lee*

_____
Patricia Lee (8287)
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
plee@hutchlegal.com

*Attorneys for Harvey Vechery*

***IT IS SO ORDERED:***

_____
***HONORABLE JENNIFER A. DORSEY***
***UNITED STATES DISTRICT JUDGE***

***DATED:*** 12/5/2019