NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney
Nevada Bar No. 1925
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Daniel.Hollingsworth@usdoj.gov
Attorneys for the United States

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAMON DESAGE, aka RAMON ABI-RACHED, aka RAYMOND ANTOINE ABI-RACHED,<br><br>Defendant. | 2:13-CR-039-JAD-VCF<br><br>**William Richardson's and Harvey Vechery's Unopposed Motion to Extend Time to File their Replies to the Government's Responses to the Richardson's and Vechery's Motions to Intervene (ECF No. 349, 361)**<br>**(First Request)** |

This Motion to Extend Time is the first request. LR IA 6-1.

William Richardson (Richardson) and Harvey Vechery (Vechery) respectfully move this Court for an Order extending the time for Richardson and Vechery to file their respective Replies to the government's Responses (ECF Nos. 372, 373) to Richardson's and Vechery's Motions to Intervene (ECF Nos. 349, 361). The reason is the government, Richardson, and Vechery will attempt to settle numerous issues in the civil forfeiture in rem action, and if those issues can be resolved in the in rem action, will dismiss motions to intervene, the motion for return of property, and the government's Response. However, this resolution in the criminal and civil in rem action needs time to resolve numerous legal issues before entering into a settlement agreement among Richardson, Vechery, and the government, which will require approval or non-approval by the Chief of Money Laundering and Asset Recovery Section Criminal Division, United States Department of

Justice. Certain things must take place before the settlement agreement among the government, Richardson, and Vechery can occur. The parties hope it will take less than 4 months but cannot make any promises until the other things take place. Richardson and Vechery request an extension to, and including, April 20, 2020.

On December 18, 2019, the government consented to the extension of time at the request of David Chesnoff, counsel for William Richardson. On December 23, 2019, the government consented to the extension of time at the request of Patricia Lee.

This Motion is not submitted solely for the purpose of delay or for any other improper purpose.

This Court should grant an extension of time to, and including, April 20, 2020.

DATED: December 23, 2019.

NICHOLAS A. TRUTANICH
United States Attorney

/s/ Daniel D. Hollingsworth
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney


IT IS SO ORDERED:

_____
HONORABLE JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE

DATED: 12/27/2019