LISA A. RASMUSSEN, ESQ.
Nevada Bar No. 7491
**LAW OFFICE OF LISA RASMUSSEN, PC**
601 South Tenth Street, Suite 100
Las Vegas, NV 89101
(702) 471-1436 (T) | (702) 489-6619 (F)
Lisa@LRasmussenLaw.com

Attorneys for Ramon Desage

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RAMON DESAGE,<br><br>Defendant | Case No.: 2:13-cr-0039 JAD-VCF<br><br>**ORDER EXTENDING DATE FOR SELF-SURRENDER AND SETTING BRIEFING SCHEDULE**<br><br>ECF Nos. 395, 400, 402 |

Defendant Ramon Desage filed the following Motions on the dates indicated below:

Emergency Motion to Appoint Counsel in the District Court, ECF 395, on December 26, 2019;

Emergency Motion for Release Pending Appeal, ECF 397, on December 27, 2019; and

Emergency Motion to Extend Self-Surrender Date of January 6, 2020, ECF 400, on December 27, 2019.

The government has responded to the Motion to Appoint Counsel in the district court stating that it is not opposed to the court appointing Ms. Rasmussen at this time

ORDER EXTENDING DATE FOR SELF-SURRENDER AND SETTING BRIEFING SCHEDULE - 1

but that it wishes to preserve its right to litigate the necessity of appointed counsel and Mr. Desage's indigence at a later date; and that it is not opposed to extending Mr. Desage's self-surrender date to permit the parties to fully brief and litigate the Motion for Release Pending Appeal on a typical briefing, non-emergency, briefing schedule. *See* Government's Response, ECF 401.

Furthermore, Ms. Rasmussen and Mr. Burns have conferred and agree that they stipulate to the court entering orders consistent with the government's response. Ms. Rasmussen has prepared this Order and the Government has approved of the language of this Order.

Accordingly, and good cause appearing,

IT IS HEREBY ORDERED that Ms. Rasmussen shall be appointed to represent Ramon Desage in the district court for the purpose of litigating these matters related to Mr. Desage's Motion for Release Pending Appeal and any other matters that may relate to Mr. Desage in the district court while his appeal is pending.

IT IS FURTHER ORDERED that the Government retains its right to challenge whether or not Mr. Desage is indigent and qualifies for the appointment of counsel under the Criminal Justice Act, 18 USC 3006(A) at any later date.

IT IS FURTHER ORDERED that Ramon Desage's self-surrender date is extended to February 6, 2020, at noon and he shall surrender to his designated facility on or before that date absent any other intervening order from this Court or the Ninth Circuit Court of Appeals.[1]

IT IS FURTHER ORDERED that the Government shall file its response to Mr. Desage's Motion for Release Pending Appeal [ECF 397] on or before January 10, 2020.

. . .

. . .

. . .

---

[1] The court notes that the "emergency" that precipitates the need to extend this self-surrender date is one entirely of Desage's own making: he waited until the eve of self-surrender to file a flurry of eleventh-hour requests based on issues he has known about for months. Nevertheless, the court finds it in the interest of justice to allow the government a reasonable amount of time to respond to those requests and extends the self-surrender date for that reason. The court will likely not be sympathetic to further last-minute gamesmanship.

IT IS FURTHER ORDERED that Mr. Desage shall file his reply to his Motion for Release Pending Appeal [ECF 397] on or before January 17, 2020.

Dated: 12-31-19

_____
The Honorable Jennifer A. Dorsey
United States District Judge

Submitted by:
**Law Office of Lisa Rasmussen**

/s/ *Lisa A. Rasmussen*
_____

Lisa A. Rasmussen, Esq.
Counsel for Ramon Desage


Approved as to form and content by:

**Nicholas Trutanich, United States Attorney**

/s/ *Patrick Burns*
_____

By:  Patrick Burns, AUSA

ORDER EXTENDING DATE FOR SELF-SURRENDER AND SETTING BRIEFING SCHEDULE - 3