# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No.: 2:13-cr-00039-JAD-VCF |
| Plaintiff | |
| v. | **Order Granting Government's Motion for New Self-Surrender Date** |
| Ramon Desage, et. al, | [ECF No. 409] |
| Defendants | |

Ramon Desage pled guilty to conspiring to defraud the United States and was sentenced to three years in prison for his more than $28 million tax underpayment.[1] On the eve of his self-surrender date, Desage filed an emergency motion to delay his incarceration pending appeal.[2] When this court denied that motion, Desage sought the same relief from the Ninth Circuit, triggering a stay of his February 6, 2020, self-surrender obligation. The Ninth Circuit has now denied Desage's motion for bail pending appeal, and because Desage's self-surrender date has now passed, the government moves this court to set a new self-surrender date within the next seven days.[3] Good cause appearing, IT IS THEREFORE ORDERED that the government's motion for a new self-surrender date **[ECF No. 409] is GRANTED.** Desage must self-surrender to the Bureau of Prisons by February 20, 2020.

Dated: February 13, 2020

_____
U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 285.
[2] ECF No. 397.
[3] ECF No. 409.