LISA A. RASMUSSEN, ESQ.
Nevada Bar No. 7491
**THE LAW OFFICES OF KRISTINA WILDEVELD & ASSOCIATES**
550 E. Charleston Blvd., Suite A
Las Vegas, NV 89104
Phone (702) 222-0007
Fax (702) 222-0001
Attorneys for RAMON DESAGE

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RAMON DESAGE,<br><br>Defendant.. | Case No.: 2:13-cr-0039 JAD-VCF<br><br>**STIPULATION TO CONTINUE HEARING PRESENTLY SCHEDULED FOR APRIL 1, 2020 DUE TO COVID-19; and ORDER**<br><br>ECF No. 423 |

COME NOW the Defendant, RAMON DESAGE, by and through his counsel, Lisa A. Rasmussen, Esq. of The Law Offices of Kristina Wildeveld, and Plaintiff, the UNITED STATES OF AMERICA, by and through its counsel, AUSA Patrick Burns, and hereby stipulate as follows:

1. A hearing is presently scheduled for April 1, 2020 for this Court to determine whether Mr. Desage violated the terms of his pretrial release.

2. Due to the COVID-19 pandemic, the national emergency declared by the President of the United States, and the interim orders entered by the Chief Judge of this Court, the parties stipulate that the hearing in this matter shall be continued to a date not less than 45 days, or to a date beyond May 15, 2020, convenient to the Court's

1

calendar.

3. Mr. Desage is presently in custody and is not prejudiced by this continuance.

IT IS SO STIPULATED.

Dated: 26 March 2020

**Nicholas Trutanich**  **The Law Offices of Kristina Wildeveld**
**United States Attorney**  **& Associates,**

*/s/ Patrick Burns*  */s/ Lisa Rasmussen*

By: Patrick Burns, AUSA  Lisa A. Rasmussen, Esq.
Counsel for Plaintiff  Counsel for Defendant

### ORDER

Based upon the Stipulation of the parties, this court's administrative orders and good cause appearing,

IT IS HEREBY ORDERED that the hearing presently scheduled for April 1, 2020 in the above-entitled matter shall be vacated and reset on May 11, 2020, at 9:00 a.m.

Dated: March 27, 2020.

_____
The Honorable Jennifer Dorsey
District Court Judge