NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney
Nevada Bar No. 1925
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Daniel.Hollingsworth@usdoj.gov
Attorneys for the United States

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:13-CR-039-JAD-VCF |
| Plaintiff, | **Order Granting Unopposed Motion to Extend Time for Replies in Support of Richardson and Vechery's Motions to Intervene** |
| v. | |
| RAMON DESAGE, aka RAMON ABI-RACHED, aka RAYMOND ANTOINE ABI-RACHED, | |
| Defendant. | ECF No. 426 |

This Motion to Extend Time is the second request. LR IA 6-1.

William Richardson (Richardson) and Harvey Vechery (Vechery) requested the first extension to, and including, April 20, 2020, ECF No. 394. This Court granted the extension, ECF No. 398. Richardson and Vechery respectfully move this Court for a Second Order extending the time for Richardson and Vechery to file their respective Replies to the government's Responses, ECF Nos. 372, 373, to Richardson's and Vechery's Motions to Intervene, ECF Nos. 349, 361, to and including June 30, 2020. The parties hope the settlement can be completed before that date. The reason is the government, Richardson, and Vechery have made progress in settling the civil forfeiture in rem action and the criminal litigation. The next step in the settlement process is that based on Richardson's signed Stipulation and Petition for Remission and Mitigation under the exclusive executive branch procedure for potential settlement only, Vechery's signed Stipulation and Petition for

Remission and Mitigation under the exclusive executive branch procedure for potential settlement only, the government will prepare documents and memorandums that have five levels of review that ends with the Chief of Money Laundering Asset Recovery Section, Criminal Division, United States Department of Justice, for preapproval of the exclusive executive branch Petitions for Remission and Mitigation in the civil forfeiture case.[1]

For the first extension of time, the government consented to the extension of time at the request of David Chesnoff, counsel for Richardson, on December 18, 2019, and consented to the extension of time at the request of Patricia Lee, counsel for Vechery, on December 23, 2019.

The government consented to this second extension of time as requested by Patricia Lee for Vechery and David Chesnoff for Richardson on April 14, 2020.

This Motion is not submitted solely for the purpose of delay or for any other improper purpose.

This Court should grant an extension of time to, and including, June 30, 2020.

Dated: April 14, 2020.

NICHOLAS A. TRUTANICH
United States Attorney
/s/ Daniel D. Hollingsworth
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney

### ORDER

Good cause appearing, IT IS HEREBY ORDERED that the Motion to Extend Time **[ECF No. 426] is GRANTED**; the reply deadline is extended to June 30, 2020.

U.S. District Judge Jennifer A. Dorsey
Dated: April 15, 2020

---

[1] 21 U.S.C. § 853(i)(1); 18 U.S.C. §§ 981(e)(6) and 1963(g)(1); *MacInnes*, 223 F. App'x at 553 n.3 (explaining that the statutes and the CFR authorize the attorney general to determine whether to provide relief to victims); *United States v. Carter*, 742 F.3d 440, 446 (9th Cir. 2014) (explaining that "the Government may choose to assign forfeited proceeds to victims …."); *DSI*, 496 F.3d at 181-82; 28 CFR Part 9; *see Government's Response,* ECF No. 373, *to Harvey Vechery's Motion to Intervene*, ECF No. 361.