NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar Number 13644
RICHARD ANTHONY LOPEZ
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6551 / Fax: 702.388.6418
tony.lopez@usdoj.gov
*Attorneys for the United States*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-cr-39-JAD-VCF |
| Plaintiff, | **STIPULATION TO VACATE HEARING ON REVOCATION OF PRETRIAL RELEASE** |
| v. | |
| RAMON DESAGE, | ECF No. 450 |
| Defendant. | |

It is hereby stipulated and agreed, by and between Nicholas A. Trutanich, United States Attorney, through Richard Anthony Lopez, Assistant United States Attorney, and Lisa A. Rasmussen, Esq., counsel for defendant Ramon Desage, that the hearing regarding revocation of pretrial release currently scheduled for July 6, 2020, at 9:00 a.m., be VACATED and that the associated petition to revoke pretrial release be dismissed.

This stipulation is entered into for the following reasons:

1. A hearing regarding revocation of pretrial release is scheduled for July 6, 2020, to determine whether Defendant Ramon Desage violated his conditions of release prior to his date to self-surrender to the Bureau of Prisons.

2. Because Desage is now in Bureau of Prisons custody serving his sentence imposed in this case, a revocation hearing is no longer necessary, and the parties request that it be vacated by the Court.

Respectfully submitted this 6th day of July, 2020.

                                                Respectfully submitted,

                                                NICHOLAS A. TRUTANICH
                                                United States Attorney

*/s/ Lisa A. Rasmussen*                        */s/ Richard Anthony Lopez*
LISA A. RASMUSSEN, ESQ.               RICHARD ANTHONY LOPEZ
Counsel for Defendant DESAGE         Assistant United States Attorney

## **ORDER**

Based upon the Stipulation of the parties and good cause appearing,

IT IS HEREBY ORDERED that the hearing presently scheduled for July 6, 2020, at 9:00 a.m., in the above-captioned matter shall be vacated.

IT IS HEREBY FURTHER ORDERED that the petition for revocation of Defendant Ramon Desage's pretrial release shall be dismissed as moot.

Dated: 7/6/2020

                                            _____
                                            HONORABLE JENNIFER A. DORSEY
                                            UNITED STATES DISTRICT JUDGE